**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 08-20001-Civ-Ungaro/O'Sullivan

| | |
|---|---|
| **RAMON GUERRA,** | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } |
| | } |
| **HIALEAH HOUSING AUTHORITY**, | } |
| | } |
| Defendant. | } |
| _____ | } |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff RAMON GUERRA and Defendant HIALEAH HOUSING AUTHORITY, and by and through their undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal whereby Plaintiff RAMON GUERRA dismisses all of his claims against Defendant HIALEAH HOUSING AUTHORITY.

Respectfully submitted on this 18th day of August 2008.

| | |
|---|---|
| WEISSMAN, DERVISHI, BORGO & NORDLUND, P.A | LAW OFFICES OF SANTIAGO J. PADILLA, P.A. |
| By: s/Brian S. Dervishi | By: s/Santiago J. Padilla |
| Brian S. Dervishi, Esq. (Fla. Bar No. 350303) | Santiago J. Padilla, Esq. |
| Randall Nordlund, Esq. (Fla. Bar No. 855804) | (Fla. Bar No. 37478) |
| Peter A. Tappert, Esq. (Fla. Bar No. 27100) | E-Mail: sjp@padillalawoffice.com |
| E-Mails: brian.drevishi@wdbn.net; | Law Offices of Santiago J. Padilla, P.A. |
| nordlund@wdbn.net | 1001 Brickell Bay Drive, Suite 1704 |
| peter.tappert@wdbn.net, | Miami, Florida 33131 |
| Weissman, Dervishi, Borgo & Nordlund, P.A. | Telephone: (305) 358-1949 |
| One Southeast Third Avenue, Suite 1980 | Facsimile: (305) 358-2141 |
| Miami, Florida 33131 | Attorney for Plaintiff |
| Telephone: (305) 347-4070 | |
| Facsimile: (305) 347-4077 | |
| Attorneys for Defendant | |

Case No. 08-20001-Civ-Ungaro/O'Sullivan

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August 2008, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Santiago J. Padilla
Santiago J. Padilla, Esq. (Fla. Bar No. 37478)
E-Mail:  sjp@padillalawoffice.com

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Drive, Suite 1704
Miami, Florida 33131
Telephone:  (305) 358-1949
Facsimile:  (305) 358-2141

Case No. 08-20001-Civ-Ungaro/O'Sullivan

## SERVICE LIST

**Ramon Guerra v. Hialeah Housing Authority**
**Case No. 08-20001-Civ-Ungaro/O'Sullivan**
**United States District Court, Southern District of Florida**

Brian S. Dervishi, Esq.
E-Mail:  brian.dervishi@wdbn.net
Randall Nordlund, Esq.
E-Mail:  nordlund@wdbn.net
Peter A. Tappert, Esq.
E-Mail:  peter.tappert@wdbn.net
Weissman, Dervishi, Borgo & Nordlund, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 1980
Miami, Florida  33131
Telephone:  (305) 347-4070
Facsimile:  (305) 347-4077
Attorneys for Defendant Hialeah Housing Authority
Method of Service:  via Notices of Electronic Filing generated by CM/ECF